IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC LEBRON SPRINGS,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-1229 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN H. QUAY,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 9th day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The stay previously imposed in the above-captioned action (Doc. No. 10) is **LIFTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge